**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| EASTERN BAND OF CHEROKEE INDIANS, *et al.*, | ) ) |
| Plaintiffs, | ) ) ) |
| and | ) ) |
| THE CHEROKEE NATION, | ) ) ) |
| Intervenor-Plaintiff, | ) ) |
| v. | )  Civil Action No. 1:20-cv-00757-JEB |
| UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, | ) ) ) |
| Defendants, | ) ) ) |
| and | ) ) |
| THE CATAWBA INDIAN NATION, | ) ) ) |
| Intervenor-Defendant. | ) ) |

## NOTICE OF APPEAL

Notice is hereby given that the Eastern Band of Cherokee Indians, Wanda Clark, William Dewey McLeymore, James Edward McLeymore, Donna M. Landers, Shirley M. Arrowood, Jason C. McLeymore, Brian G. Arrowood, Stephen Dewey McLeymore, John Charles McLeymore, Sonya A. Beaty, Felicia Dover, and William Shane McLeymore, Plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the Order and Memorandum Opinion entered in this action on the 16th day of April, 2021, granting Defendants' cross-motions for summary judgment and denying Plaintiffs' motions for summary judgment and entering judgment in favor of Defendants, ECF Nos. 76 and 77.

Dated:  May 21, 2021

/s/ Mary Kathryn Nagle
Mary Kathryn Nagle (DC Bar No.
1033507)
Wilson Pipestem (OBA No. 16877)
Abi Fain (OBA No. 31370)
PIPESTEM LAW, P.C.
320 S. Boston Ave., Suite 1705
Tulsa, OK 74103
(918) 936-4705
wkpipestem@pipestemlaw.com
mknagle@pipestemlaw.com
afain@pipestemlaw.com

*Attorneys for The Eastern Band of*
*Cherokee Indians and Wanda Clark,*
*William Dewey McLeymore, James*
*Edward McLeymore, Donna M. Landers,*
*Shirley M. Arrowood, Jason C.*
*McLeymore, Brian G. Arrowood, Stephen*
*Dewey McLeymore, John Charles*
*McLeymore, Sonya A. Beaty, Felicia*
*Dover, and William Shane McLeymore*

Respectfully submitted,

/s/ Sam Hirsch
Sam Hirsch (DC Bar No. 455688)
Zachary C. Schauf (DC Bar No. 1021638)
Allison M. Tjemsland (DC Bar No. 1720122)
Noah B. Bokat-Lindell (DC Bar No. 156032)
JENNER & BLOCK LLP
1099 New York Avenue, NW
(202) 639-6000
shirsch@jenner.com

*Attorneys for The Eastern Band of Cherokee*
*Indians*

**CERTIFICATE OF SERVICE**

I, Sam Hirsch, hereby certify that a copy of the foregoing was served electronically by the

Court CM/ECF system on May 21, 2021, upon all counsel of record.


By: ____/s/ Sam Hirsch_____